IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZAHRAA ZAIDAN,

      Plaintiff,

      v.                          No. 2:12-CV-00908-RB-CG

BOARD OF REGENTS OF NEW MEXICO
STATE UNIVERSITY, and DR. MARIA G.
CASTILLO,

      Defendants.

### ORDER GRANTING DEFENDANTS' MOTION FOR SPOLIATION SANCTIONS

**THIS MATTER** came before the Court on *Defendants' Motion for Sanctions Based on Plaintiff's Spoliation of Evidence and Attempts to Conceal Spoliation* ("Motion for Sanctions"), filed April 1, 2014, (Doc. 92), and the arguments of counsel at the hearing on June 25, 2014. (Doc. 118).

Based on Defendants' Motion for Sanctions and the arguments of counsel, the Court finds that Plaintiff negligently spoliated evidence when she lost her phone and the text messages it contained, though Defendants have not been significantly prejudiced by the spoliation.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Sanctions is **GRANTED** and Defendants are hereby awarded their attorney fees associated with briefing the Motion for Sanctions.  The Court will consider additional attorney fees for letters written to Plaintiff attempting to follow up on discovery requests for the text messages.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MILLER STRATVERT P.A.

By_____
Lawrence R. White
Cody R. Rogers
3800 Lohman Ave., Suite H
Las Cruces, New Mexico 88011
Telephone: (575) 523-2481
Facsimile:  (575) 526-2215
**Attorneys for NMSU Board of Regents and Maria G. Castillo**

Approved:

_Approved 7/3/2014_____
Tiffany Joudi
Ahmad, Zavitsanos, Anaipakos, Alavi  & Mensing, P.C.
1221 McKinney, Ste. 3460
Houston, TX 77010

Santiago David Hernandez
Law Office of Santiago D. Hernandez
1219 E. Missouri
El Paso, TX  79902

**Attorneys for Plaintiff**

2