IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZAHRAA ZAIDAN

       Plaintiff,

v.                                            Case No. 2:12-CV-00908-RB-CG

BOARD OF REGENTS OF NEW MEXICO STATE UNIVERSITY, AND DR. MARIA G. CASTILLO

       Defendants.

## ORDER ON PLAINTIFF'S MOTION TO COMPEL

On June 25, 2014 the Court heard *Plaintiff Zahraa Zaidan's Motion to Compel Defendant New Mexico State University to Answer Discovery* ("Motion"), (Doc. 93). As outlined below, Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff has requested Karla Salazar's academic records. Plaintiff's Motion is **GRANTED** as to Request for Production No. 64. It is hereby **ORDERED** that Plaintiff's counsel shall subpoena this information by July 7, 2014.

Plaintiff's Motion is **GRANTED** as to Request for Production No. 66. Defendant is hereby **ORDERED** to produce to Plaintiff the final grades for students in Dr. Castillo's course without any identifying information.

Plaintiff has requested any communications between Dr. Castillo and Karla Salazar regarding Salazar's switch to the Ph.D. program. Plaintiff's Motion is **GRANTED** as to Request for Production No. 70. Defendants are **ORDERED** to confirm that no emails with information of this kind exist by July 7, 2014. If such communications exist, Defendants are **ORDERED** to produce those to Plaintiff by July 7, 2014.

Plaintiff would like any formal documents that show which students participated in lab chores. Defendants have produced all responsive emails and assert that no responsive formal documents exist. As such, Plaintiff's Motion is **DENIED** as to Request for Production No. 74.

Plaintiff has requested documents containing the names of students in Dr. Castillo's lab who completed all required safety courses. Plaintiff's Motion is **GRANTED** in part as to Request for Production No. 77. Defendants are **ORDERED** to produce documents identifying the safety courses each student in Dr. Castillo's lab completed without names identifying the students by July 7, 2014.

Any relief not expressly addressed herein is **DENIED**.

**IT IS SO ORDERED**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE